BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

**SCHEDULE OF ACTIONS**

| Case Captions | Court | | Civil Action No. | Judge |
|---|---|---|---|---|
| **Plaintiffs:**<br>Thomas Davia and Jeanne Davia<br>**Defendant:**<br>Windsor Window Company d/b/a Windsor Windows and Doors, and Woodgrain Millwork, Inc. | E.D. Wisconsin (Milwaukee) | | 2:15-cv-01041 | Lynn Adelman |
| **Plaintiffs:**<br>Eric L. Koty and Stacy L. Koty<br>**Defendant:**<br>Windsor Window Company d/b/a Windsor Windows and Doors, and Woodgrain Millwork, Inc. | N.D. Illinois Eastern Division | | 1:15-cv-05343 | Andrea R. Wood |
| **Plaintiff:**<br>Cathy Richie<br>**Defendant:**<br>Windsor Window Company d/b/a Windsor Windows and Doors, and Woodgrain Millwork, Inc. | D. South Carolina Beaufort Division | | 9:14-cv-04734 | Sol Blatt, Jr. |
| **Plaintiff:**<br>Anthony Schiller and Steve Libsack<br>**Defendant:**<br>Windsor Window Company d/b/a Windsor | D. Minnesota | | 0:15-cv-01932 | David S. Doty |

| Windows and Doors, and Woodgrain Millwork, Inc. | | | | |
|---|---|---|---|---|